**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAMGODSON ESSELL, | No. 10-55819 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-01629-UA-DUTY |
| v. | |
| SHERRI R. CARTER, 2nd Defendant US District Court Clerk From 2003-2008; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, Chief District Judge, Presiding

Submitted September 27, 2011 [**]

Before: HAWKINS, SILVERMAN and W. FLETCHER, Circuit Judges.

Samgodson Essell appeals pro se from the district court's dismissal of his 42

U.S.C. § 1983 action against various United States District Court Clerks.  Essel

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

contends that the Court Clerks failed to respond to his letters and failed to file various motions and appeals in connection with his criminal case.

We agree with the district court that the alleged actions fall within the scope of the Clerk of the Court's duties that are an integral part of the judicial process. Accordingly, the district court did not err by dismissing the complaint. *See Mullis v. U.S. Bankr. Court*, 828 F.2d 1385, 1390 (9th Cir. 1987) (explaining that court clerks have absolute quasi-judicial immunity from damages for civil rights violations when they perform tasks that are an integral part of the judicial process).

**AFFIRMED.**